# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **BROOKS JOHNSON,** **Defendant.** | 17-po-5005-JTJ VIOLATION: 6428851 Location Code: M12 ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6428851 is DISMISSED and the outstanding warrant issued February 2, 2017, is QUASHED.

DATED this 24th day of February, 2017.

_____
John Johnston
United States Magistrate Judge